## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| Dwayne D. Johnson, | ) | |
| 4601 Glencoe Lane | ) | |
| Virginia Beach, VA 23464 | ) | |
|           Plaintiff, | ) | Civil Action No. _____ |
|     v. | ) | |
| | ) | |
| BAE Systems, Inc., | ) | Removed from the Circuit Court of |
| 2941 Fairview Park Drive, Suite 100 | ) | Norfolk, Case No. CL25010629-00 |
| Falls Church, VA 22042, | ) | |
|           Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant BAE Systems Maritime Solutions Norfolk Inc. (incorrectly named herein as "BAE Systems, Inc.") (referred to herein as "Defendant"), by and through its attorney, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, files this Notice of Removal with respect to the above-captioned case, which is currently pending in the Circuit Court for Norfolk, Virginia, Case No. CL25010629-00.[1]  In support of its Notice of Removal, Defendant states as follows:

1.      Plaintiff Dwayne Johnson filed a Complaint on or about December 9, 2025, designated Case No. CL25010629-00, in the Circuit Court of Norfolk, Virginia.

2.      Plaintiff served the Summons and Complaint on Defendant on December 15, 2025.  A true and correct copy of Plaintiff's Complaint is attached as **Exhibit A**.

3.      Plaintiff's Complaint identifies seven counts against Defendant which are: Sexual Harassment and Discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Virginia Human Rights Act ("VHRA"), Retaliation under Title VII and Virginia law,

---

[1] To the extent that the Court deems that BAE Systems, Inc. is the proper defendant, this Notice should be treated as if filed by BAE Systems, Inc. as "Defendant."

322707384v.1

Negligent Supervision/Failure to Protect, Assault and Battery, Intentional Infliction of Emotional Distress, Wrongful Termination/ Public Policy Exception (*Bowman* Claim) and Conversion/Theft.

**THIS CASE IS REMOVABLE BASED ON FEDERAL QUESTION JURISDICTION**

4.      28 U.S.C. §1331 endows this Court with "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Therefore, this Court has original jurisdiction over Counts I and II Harassment/Discrimination and Retaliation in Violation of Title VII as they are based in federal statute.  Plaintiff's Complaint expressly pleads federal jurisdiction based on these claims. Compl., ¶2.

5.      Accordingly, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction, and, therefore, is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

6.      Additionally, the Court has supplemental jurisdiction "over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a). As Plaintiff's Counts I and II are plead jointly under Title VII and the VHRA, this confirms that the claims arise from the same set of facts and allegations.  Additionally, Counts III-VII of Plaintiff's Complaint brought under Virginia law relate to and arise of out Plaintiff's work experiences at the Norfolk/Chesapeake Naval Base warehouse, in particular his experience with Jasmine Smith, during his employment with NSC Technologies, LLC and his subsequent termination from that employment.  Therefore, they are part of the same case or controversy as the federal claims.  Pursuant to 28 U.S.C. § 1367(a), this Court has jurisdiction over those claims as well.

322707384v.1

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 127, this Court embraces Norfolk, Virginia. Accordingly, this Court is the appropriate Court to which Defendant should remove this action. 28 U.S.C. § 1441(a).

8. This Notice is timely because it has been filed within 30 days after Defendant was served with a copy of the initial pleading setting forth the claim for relief upon which the action is based. *See* 28 U.S.C. § 1446(b).

9. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other documents served upon Defendant while the case has been pending in Norfolk Circuit Court to date are being filed with this Notice. *See* **Exhibit A**.

10. Notice of the filing of this removal has been provided to all adverse parties and the clerk of the Circuit Court for Norfolk, Virginia in accordance with 28 U.S.C. § 1446(d). A true and accurate copy of this Notice of Filing of Notice of Removal is attached hereto as **Exhibit B.**

11. Defendant reserves the right to assert additional support for this removal in the event that Plaintiff amends the pleading or moves to remand the Action.

12. Should Plaintiff seek to remand this case to state court, Defendant respectfully ask that it be permitted to brief and argue the issue of this removal before any order remanding this case.

13. Defendant reserves all rights and defenses.

322707384v.1

WHEREFORE, Defendant hereby removes this Action pending in the Circuit Court for Norfolk, Virginia to this honorable Court.

Dated: January 5, 2026                                        Respectfully submitted,

*/s/  Christine M. Costantino*

Christine M. Costantino (VA Bar No. 86986)
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone:     (202) 463-2400
Facsimile:     (202) 828-5393

*Attorney for Defendant*

4

322707384v.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed this 5th day of January,

2026 and provided to the following via electronic mail and US mail:

> Dwayne D. Johnson
> 4601 Glencoe Lane
> Virginia Beach, VA 23464
> DJBINGY007@gmail.com
> *Pro Se*

> /s/  Christine M. Costantino
> Christine M. Costantino (VA Bar No. 86986)
> ccostantino@seyfarth.com
> SEYFARTH SHAW LLP
> 975 F Street, N.W.
> Washington, DC 20004
> Telephone:     (202) 463-2400
> Facsimile:     (202) 828-5393

5

322707384v.1